**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

W.D. FLIENT,

    Plaintiff,

v.

SAN FRANCISCO POLICE DEPARTMENT, *et al.*,

    Defendants.

No. C 06-2366 SBA

**ORDER**

[Docket No. 49]

Before the Court is plaintiff W.D. Flient's motion for reconsideration [Docket No. 49], filed on June 8, 2007, along with a notice of appeal. On May 8, 2007, the Court granted the defendants' motion to dismiss and dismissed Flient's complaint with prejudice. Whether analyzed under Federal Rule of Civil Procedure 59(e) or 60(b), the motion for reconsideration must be denied.

**1.    Timeliness under Rule 59(e)**

Federal Rule of Civil Procedure 59(e) allows a party to file a motion to alter or amend judgment within ten days after entry of judgment. A dismissal with prejudice is a final judgment on the merits unless otherwise specified. *See Stewart v. U.S. Bancorp.*, 297 F.3d 953, 956 (9th Cir. 2002); *United States v. Schimmels*, 127 F.3d 875, 884 (9th Cir. 1997). The entry of judgment was therefore on May 8, 2007. The motion for reconsideration was filed on June 8, 2007. *See* Docket No. 49. Because Flient filed the motion more than ten days after the entry of judgment, the motion is untimely under Rule 59(e).

**2.    Jurisdiction under Rule 60(b)**

Under Rule 60(b)(6), a court may relieve a party from a final judgment for "any other reason justifying relief from the operation of the judgment" based on a motion made within a reasonable time. Once a notice of appeal is filed, however, a district court does not have jurisdiction to consider motions to vacate judgment. *See Davis v. Yageo Corp.*, 481 F.3d 661, 685 (9th Cir. 2007); *Williams v. Woodford*, 384 F.3d 567, 586 (9th Cir. 2004), *cert. denied*, 126 S. Ct. 419 (2005). Because the Court

1  is without jurisdiction to entertain the motion for reconsideration, it is DENIED.

2  IT IS SO ORDERED.

3  June 27, 2007

4  _____
   Saundra Brown Armstrong
   United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

W.D. FLIENT,

    Plaintiff,

 v.

SAN FRANCISCO POLICE DEPARTMENT et al,

    Defendant.
               /

Case Number: CV06-02366 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Woodrow W.D. Flient
P.O. Box 330284
San Francisco, CA 94133

Dated: June 28, 2007

            Richard W. Wieking, Clerk
            By: LISA R CLARK, Deputy Clerk

3